**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

                Plaintiff,           Case No: 08-CR-20486-02

v.

SAMUEL LIVINGSTON,

                Defendant.

_____/


## ORDER DENYING DEFENDANT LIVINGSTON'S
## APPEAL OF DETENTION ORDER

      This matter has come before the court for a hearing on September 25, 2008 as to

defendant's appeal from Magistrate Judge Majzoub's detention order entered on

September 9, 2008.   For the reasons fully stated on the record, the appeal is DENIED

and the detention order is AFFIRMED.

      The defendant is remanded to the custody of the US Marshals to be held

pending trial.

      IT IS SO ORDERED.

                        S/Robert H. Cleland
                        ROBERT H. CLELAND
                        UNITED STATES DISTRICT JUDGE

Dated:  September 30, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, September 30, 2008, by electronic and/or ordinary mail.

                        S/Lisa Wagner
                        Case Manager and Deputy Clerk
                        (313) 234-5522